Mary Snyder, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Knickerbocker Trust Company, Appellant, v. Manhattan Life Insurance Company, Respondent.— Judgment affirmed, with costs. No opinion.

Frederick Rosenblatt, Appellant, v. Home Insurance Company, Respondent. — Order affirmed, with costs. No opinion.

Louise Winter, Appellant, v. Charles Winter, Respondent.— Determination of the Appellate Term reversed on authority of *Effray* v. *Effray* (110 App. Div. 545) with costs in this court and in the court below. Patterson, J., dissenting. Settle order on notice.

Robert Maynicke, Appellant, v. Central Realty Bond and Trust Company, Respondent.— Judgment and order affirmed, with costs, on opinion on previous appeal. (Reported in 104 App. Div. 624.) Patterson and Laughlin, JJ., dissenting.

Lamont A. Stevens, Appellant, v. Henry T. Champney, Respondent.— Judgment and order affirmed, with costs. No opinion.

Richard S. Kaufmann, Respondent, v. Richard A. Jones, Appellant, Impleaded with Greene Gold-Silver Company.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Appeal from order dismissed, with costs. No opinion.

The City of New York, Respondent, v. Third Avenue Railroad Company, Appellant.— Judgment affirmed, with costs, on opinion of the court below. (Reported in 42 Misc. Rep. 599). No opinion.

United States Trust Company of New York, as Executor, etc., of Mary Eliza Campbell, Deceased, v. William P. Hogencamp and Others, Appellants, Impleaded with Eliza Campbell and Others, Defendants, and Mary E. C. Roberts and Annie F. Roberts, Respondents.— Judgment affirmed, with costs. No opinion.

Howard Cohen and Others, Appellants, v. Congregation Shearith Israel in the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry Gilsey and Others, Respondents, v. Frederick J. Lancaster, Appellant. — Judgment affirmed, with leave to defendant to amend answer on payment of costs in this court and in the court below. Appeal from order dismissed, with costs. No opinion.

Giuseppe La Barbera, Appellant, v. Union Railway Company, Respondent.— Judgment affirmed, with costs. Patterson and Laughlin, JJ., dissenting. No opinion.

Adele Smoll, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

Emanuel Heilner and Others, Respondents, v. Bertha Hausman, Appellant, Impleaded with Leopold Ehrmann.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ernst Schiefer and Bertha Schiefer, Appellants, v. New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Respondents. Ida H. Hodges and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emily Bradford, as Administratrix, etc., of Charles Bradford, Deceased, Respondent, v. Banker Brothers Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Susie Glassberg, Appellant, v. Interurban Street Railway Company, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Belinda J. O'Rourke, Appellant, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Belinda J. O'Rourke, Appellant, v. The Board of Education of The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herbert S. Dormitzer, as Executor, etc., of Minnie Rosenquest, Deceased, Respondent, v. James Wesley Rosenquest, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Philip Brous and Herman Brous, Respondents, v. Minnie B. Given, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

William B. Estabrook, Appellant, v. William B. Sommerville, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.